IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA HAWKINS, Individually;
and LISA HAWKINS, as Guardian for her
Minor Children, AM and MM                                                              PLAINTIFF

v.                                    Civil No.: 4:18-CV-04003

OFFICER DEAN, Hempstead County,
Arkansas                                                                               DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Judgment by Default (ECF No. 36) and Defendant's Response (ECF No. 37). In the Motion, Plaintiff seeks default judgment, contending that the attorney for Defendant sent her a blank CD in response to the disclosures required by the Initial Scheduling Order. In response, Defendant states that he is "uncertain why the compact disc does not work on Plaintiff's electronic devices." Defendant further states that "[a]ll documents were on the disc and videos on the disc operated correctly at the time it was sent to Plaintiff" and that he is sending the documents and videos to Plaintiff a second time on a flash drive to help resolve the situation.

Based on Defendant's response, it appears to the Court that, at worst, an inadvertent mistake has occurred which is being corrected by Defendant through a second production of documents and videos. Accordingly, the instant motion should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 10th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge