IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA HAWKINS, Individually;
And LISA HAWKINS, as Guardian for her
Minor Children, AM and MM                                                        PLAINTIFF

v.                            Civil No.: 4:18-CV-04003

OFFICER DEAN, Hempstead County,
Arkansas                                                                          DEFENDANT

## ORDER

Plaintiff, Lisa Hawkins, filed this action *pro se* pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff's application to proceed *in forma pauperis* was granted on February 2, 2018. (ECF No. 7).

Currently before the Court is Separate Defendant's Motion to Compel filed by Officer Justin Dean. (ECF No. 40). Plaintiff has not responded.

In his motion Separate Defendant Dean states that he propounded his First Set of Interrogatories and Requests for Production of Documents to Plaintiff on October 9, 2018. Plaintiff did not respond. On November 13, 2018, Separate Defendant Dean attempted to resolve the discovery dispute in good faith without court intervention and sent correspondence to Plaintiff requesting her past due discovery responses within ten (10) days to avoid filing a motion to compel. To date, Plaintiff has not responded to Separate Defendant Dean's requests.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A).

Accordingly, Separate Defendant's Motion to Compel (ECF No. 40) is **GRANTED.** Plaintiff is **DIRECTED** to provide Separate Defendant Dean with the required responses to the

1

discovery requests **by January 30, 2019. Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

**IT IS SO ORDERED this 16th day of January 2019.**

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE