IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA HAWKINS                                                                                         PLAINTIFF

v.                                        Civil No.: 4:18-CV-04003

OFFICER DEAN, Hempstead
County, Arkansas                                                                                    DEFENDANT

## **JUDGMENT**

Before the Court is Defendant Officer Justin Dean's Motion for Summary Judgment. (ECF No. 42). Plaintiff has not responded and her time to do so has passed. The Court finds this matter ripe for consideration.

For the reasons stated in the Court's Memorandum Opinion of even date, the Court finds that Defendant Officer Justin Dean's Motion for Summary Judgment (ECF No. 42) should be and hereby is **GRANTED**. Accordingly, Plaintiff's individual and official capacity claims against Defendant Dean for alleged Fourth and Eighth Amendment violations are **DISMISSED WITH PREJUDICE**. Plaintiff's Fifth Amendment and negligence claims also warrant dismissal and are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge